UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH AMERICAN CLAIMS AGENCY, INC.
a/s/o NOVEX TRADING (SWUISS) S.A.,

                          09 Civ. 9262 (VM)

            Plaintiff,

-against-

                          **NOTICE OF**
                          **VOLUNTARY DISMISSAL**

ATLANTIC RO-RO CARRIERS, INC. ("ARRC")
and BALTIC MERCUR and M/V "ATLANTIC
RUNNER", her engines, tackle, boilers, *etc.*, and
M/S VILJANDI, her engines, tackle, boilers, *etc.*,

            Defendants.
------------------------------------------------------------X

       Plaintiff, NORTH AMERICAN CLAIMS AGENCY, INC. a/s/o NOVEX TRADING (SWUISS) S.A. through its attorneys, DeOrchis & Partners, LLP, therefore and hereby file a Notice of Dismissal *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against defendants ATLANTIC RO-RO CARRIERS, INC. ("ARRC"), BALTIC MERCUR, and M/V/ "ATLANTIC RUNNER", her engines, tackle, boilers, *etc.*, and M/S VILJANDI, her engines, tackle, boilers, *etc.*, none of which has filed an answer or a motion for summary judgment at the time of this filing.

Dated:  New York, New York
         December 4, 2009

                                           **DEORCHIS & PARTNERS, LLP**
                                           Attorneys for Plaintiff

                                           By: _____
                                              Justin R. Waytowich (JW-2651)
                                              jwaytowich@marinelex.com
                                              61 Broadway, 26th Floor
                                              New York, New York  10006-2802
                                              (212) 344-4700
                                              Our File:  2156-10